LUCILLE L. NEDDO, as Executrix of FRANCIS J. NEDDO, Deceased, Respondent, *v.* STATE OF NEW YORK, Appellant.   (Claim No. 28836.)

Argued October 12, 1949; decided November 17, 1949.

534

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for appellant.

*James A. Leary* and *Walter A. Fullerton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.